IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH FEMATT,<br><br>             Plaintiff,<br>   v.<br><br>MONTEREY MECHANICAL CO., et al.,<br><br>             Defendants.<br>                                                              / | No. C-15-2264 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On July 16, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of the complaint, filed May 20, 2015.

**IT IS SO ORDERED.**

Dated: July 22, 2015

_____
MAXINE M. CHESNEY
United States District Judge