IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH FEMATT,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY MECHANICAL CO., et al.,<br><br>    Defendants. | No. C-15-2264 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS MONTEREY MECHANICAL CO. AND JIM TROUP'S MOTION TO DISMISS** |

    Before the Court are two motions to dismiss claims in plaintiff Ruth Fematt's complaint: (1) "Motion to Dismiss," filed July 17, 2015, by defendants Monterey Mechanical Co. and Jim Troup; and (2) "Motion . . . to Dismiss Claims," filed July 23, 2015, by defendant Tod Mundy. The motions are noticed for hearings on, respectively, August 21, 2015, and August 28, 2015.

    In the interests of judicial economy, the hearing on the motion to dismiss filed by defendants Monterey Mechanical Co. and Jim Troup is hereby CONTINUED to August 28, 2015, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: July 24, 2015

MAXINE M. CHESNEY
United States District Judge