IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH FEMATT,<br><br>  Plaintiff,<br><br> v.<br><br>MONTEREY MECHANICAL CO., et al.,<br><br>  Defendants. | No. C-15-2264 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

   On September 25, 2015, plaintiff electronically filed her "Opposition to Defendant Mundy's Motion to Dismiss First Amended Complaint" and her "Opposition to Defendants' Monterey Mechanical Co. & Troup Motion to Dismiss First Amended Complaint."  Plaintiff has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  Plaintiff is hereby advised that if she fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the

record any electronically filed document for which a chambers copy has not been timely provided to the Court.

Additionally, plaintiff is hereby ORDERED to immediately comply with the Court's order, filed July 22, 2015, which order directed plaintiff to submit a chambers copy of her initial complaint.

**IT IS SO ORDERED.**

Dated: October 1, 2015

MAXINE M. CHESNEY
United States District Judge