IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH FEMATT,<br><br>      Plaintiff,<br><br>  v.<br><br>MONTEREY MECHANICAL CO., et al.,<br><br>      Defendants. | No. C 15-2264 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

     Before the Court are two motions: (1) defendants Monterey Mechanical Co. and Jim Troup's "Motion to Dismiss the First Amended Complaint," filed September 11, 2015, and (2) defendant Tod Mundy's "Motion . . . to Dismiss Claims in Plaintiff's First Amended Complaint," filed September 11, 2015. Plaintiff Ruth Fematt has filed opposition to each motion, to which defendants have separately replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for October 16, 2015.

     **IT IS SO ORDERED.**

Dated: October 13, 2015

MAXINE M. CHESNEY
United States District Judge