IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUTH FEMATT,

        Plaintiff,

v.

MONTEREY MECHANICAL CO., et al.,

        Defendants.

No. C 15-2264 MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

    Before the Court are two motions: (1) defendants Monterey Mechanical Co. and Jim Troup's "Motion to Dismiss the Second Amended Complaint," filed November 20, 2015, and (2) defendant Tod Mundy's "Motion to Dismiss Claims in Plaintiff's Second Amended Complaint," filed November 20, 2015. Plaintiff Ruth Fematt has filed opposition to each motion, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for January 22, 2016.

    **IT IS SO ORDERED.**

Dated: January 20, 2016

MAXINE M. CHESNEY
United States District Judge