HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
1563 Solano Avenue, #204
Berkeley, California 94707-2116
Telephone:     (510) 542-7172
Facsimile:      (510) 528-3024
Email:            moorlaw@aol.com

SARWINDER SINGH DHANJAN, SBN 292496
SSD Law Firm
764 P Street, Suite 105
Fresno, California 93721
Telephone:     (559) 342-2000
Facsimile:      (559) 400-8570
Email:            lawfirmssd@gmail.com

Attorneys for Plaintiff, RUTH FEMATT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH FEMATT,<br><br>            Plaintiff,<br><br>      v.<br><br>MONTEREY MECHANICAL CO., et al.,<br><br>            Defendants. | Case No. 3:15-cv-02264-MMC<br><br>ORDER APPROVING<br>STIPULATION ~~AND (PROPOSED) ORDER~~ TO DISMISS CIVIL ACTION IN ITS ENTIRETY WITH PREJUDICE PURSUANT TO FRCP Rule 41(a)(1)(A)(ii)<br><br><br>**Action Filed:  June 23, 2015** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Plaintiff Ruth Fematt and Defendants Monterey Mechanical, Co., d/b/a Contra Costa Metal Fabricators, Jim Troup, and Tod Mundy (the "Defendants") (collectively, the "Parties") to the above-entitled and numbered civil action, through and by their respective undersigned counsel of record herein, do hereby agree and stipulate to dismissal of this civil action in its entirety with prejudice in favor of all Defendants.

1  The Parties further stipulate and agree that each party will bear her, his, or its own attorneys' fees
2  and costs.
3  Pursuant to Civil Local Rule 5-1(i), the filer attests that all other signatories listed, and on whose
4  behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**MOORE & MOORE**, A Network of Attorneys
for Plaintiff
RUTH FEMATT

Dated: June 28, 2016        */s/Howard Moore, Jr.*
                            HOWARD MOORE, JR.,

**POLSINELLI LLP**
Attorneys for Defendants,
MONTEREY MECHANICAL CO., d/b/a CONTRA
COSTA METAL FABRICATORS, &
JIM TROUP

Dated: June 28, 2016        */s/ Garrett Parks*
                            CHARLES O. THOMPSON
                            MICHELE HAYDEL GEHRKE
                            GARRETT PARKS

**SEILER, EPSTEIN, ZIEGLER & APPLEGATE LLP**
Attorneys for Defendant,
TOD MUNDY

Dated: June 28, 2016        */s/ Mark W. Epstein*
                            MARK W. EPSTEIN

**ORDER**

Pursuant to the stipulation between Plaintiff Ruth Fematt and Defendants Monterey Mechanical, Co., d/b/a Contra Costa Metal Fabricators, Jim Troup, and Tod Mundy, Case No. 3:15-cv-02264-MMC is dismissed in its entirety with prejudice.

**IT IS SO ORDERED**.

Dated: June 29, 2016, 2016

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
Senior, United States District Court Judge